No. 04–6468. DREVDAHL v. HALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6469. CALDERON v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 04–6522. DANIELS v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 04–6523. MILTON v. FARWELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6626. ROBREDO v. PALISADES MEDICAL CENTER, NEW YORK PRESBYTERIAN HEALTHCARE SYSTEM. C. A. 3d Cir. Certiorari denied.

No. 04–6637. ARMSTRONG v. MORGAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6649. PEDRAZA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–6650. JONES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–6653. COUCH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–6657. ANDREWS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–6660. WRIGHT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–6664. CORREA, AKA ALVAREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–6665. EVANS v. UNITED STATES ATTORNEY ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–6672. MORRISON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–6680. NORIE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.